GEOFFREY A. HANSEN
Acting Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant TORRES-CARDOZO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00946 EJD |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER TO CONTINUE |
| | ) | STATUS HEARING |
| vs. | ) | |
| | ) | |
| CIPRIANO TORRES-CARDOZO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

hearing currently scheduled for Monday, May 14, 2012, may be continued to Monday, June 4,

2012, at 1:30 p.m.

It is further ordered that 21 days shall be excluded from the time within which trial shall

commence, as the reasonable time necessary for continuity and effective preparation of counsel,

pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: May __8__, 2012

_____
HON. EDWARD J. DAVILA
United States District Judge